THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID M. HART | § | CASE NO. 05-46201-R |
| XXX-XX-4425 | § | |
| 3505 HOLLY STREET | § | CHAPTER 13 |
| DENISON, TX 75020 | § | |
| | § | |
| VALLEY L. HART | § | |
| XXX-XX-9515 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | FORD MOTOR CREDIT COMPANY | $2,982.68 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $2,982.68 is attached to this Notice.

Dated: 11-23-10

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

DAVID M. HART
VALLEY L. HART
3505 HOLLY STREET
DENISON, TX 75020

PELLEY LAW OFFICE
905 NORTH TRAVIS STREET
SHERMAN, TX 75090-5022

BASSEL & WILCOX, PLLC
P. O. BOX 11509
FORT WORTH, TX 76110-0509

FORD MOTOR CREDIT COMPANY
P. O. BOX 55000
DRAWER 55-953
DETROIT, MI 48255-0953

Dated: _____

_____
Office of the Standing Chapter 13 Trustee

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN
500 N. CENTRAL EXPRESSWAY, SUITE 350
PLANO, TX 75074

Tyler, Texas 1119

Check No.: 2016921

DATE: Nov 19, 2010

PAY Exactly Twenty Thousand Five Hundred Ninety Eight And 81 / 100 Dollars

$*****20,598.81

VOID 60 DAYS AFTER DATE

TO THE ORDER OF

CLERK OF THE
U.S. BANKRUPTCY COURT
660 NORTH CENTRAL EXPRESSWAY
PLANO, TX 75074

VOID

⑈2016921⑈ ⑆111923607⑆ ⑈1572520⑈

---

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN

Payee: CLERK OF THE

Date: Nov 19, 2010
Check No.: 2016921
Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---|---|---|
| 0544057 | DEBORA CAROL PIERSON<br>CLAIM ID: 00012  ACCT: 7232 | XXX-XX-8715<br>COURT CLAIM #: 7 | | 560.48 | 0.00 | 2.25 |
| 0544204 | BRANDON ROBERT & JAMIE MICHELLE WHITE<br>CLAIM ID: 00041  ACCT: 7086 | XXX-XX-1747<br>COURT CLAIM #: 5 | XXX-XX-4513 | 18.24 | 0.00 | 0.21 |
| 0544332 | MARY H. MARTIN<br>CLAIM ID: 00022  ACCT: XXXXXX2850 | XXX-XX-6519<br>COURT CLAIM #: 1 | | 21.54 | 0.00 | 0.16 |
| 0544514 | GLENN E. & CONNIE L. WEBSTER<br>CLAIM ID: 00052  ACCT: 6135 | XXX-XX-6594<br>COURT CLAIM #: 20 | XXX-XX-3963 | 7.44 | 0.00 | 0.00 |
| 0544605 | LAURA F. POLLARD<br>CLAIM ID: 00006  ACCT: XXXXXXXXXXX9307 | XXX-XX-5121<br>COURT CLAIM #: 5 | | 1.78 | 0.00 | 0.03 |
| 0544819 | BRIAN KEITH & KRISTIN SHANTEL REZNICEK<br>CLAIM ID: 00016  ACCT: 8515 | XXX-XX-8551<br>COURT CLAIM #: 9 | XXX-XX-4689 | 3,289.52 | 156.64 | 0.00 |
| 0544819 | BRIAN KEITH & KRISTIN SHANTEL REZNICEK<br>CLAIM ID: 00024  ACCT: 1602 | XXX-XX-8551<br>COURT CLAIM #: 1 | XXX-XX-4689 | 1,931.92 | 0.00 | 0.00 |
| 0544819 | BRIAN KEITH & KRISTIN SHANTEL REZNICEK<br>CLAIM ID: 10016  ACCT: 8515 | XXX-XX-8551<br>COURT CLAIM #: 9 | XXX-XX-4689 | 69.74 | 0.00 | 0.13 |
| 0544890 | CORY & BRANDI THOMAS<br>CLAIM ID: 00015  ACCT: XXXXXX3997 | XXX-XX-5847<br>COURT CLAIM #: 2 | XXX-XX-0356 | 12.30 | 0.00 | 0.08 |
| 0544935 | CLAUD E. & DELORES R. HALL<br>CLAIM ID: 00007  ACCT: XXXXXX 7010 | XXX-XX-8444<br>COURT CLAIM #: 5 | XXX-XX-7742 | 11.94 | 0.00 | 0.00 |
| 0545539 | WESTLEY ALLEN & JENNIFER RYLI WATKINS<br>CLAIM ID: 10001  ACCT: XXXXXXXXXXXXXX5461 | XXX-XX-8980<br>COURT CLAIM #: 1 | XXX-XX-0539 | 269.00 | 0.00 | 0.25 |
| 0545663 | MARIO R. & BLANCA M. VILLANUEVA<br>CLAIM ID: 00039  ACCT: XXXXX 7206 | XXX-XX-0499<br>COURT CLAIM #: 12 | XXX-XX-8784 | 2.46 | 0.00 | 0.00 |
| 0546201 | DAVID M. & VALLEY L. HART<br>CLAIM ID: 00063  ACCT: 0170 | XXX-XX-4425<br>COURT CLAIM #: 3 | XXX-XX-9515 | 2,982.68 | 535.13 | 0.00 |
| 0546201 | DAVID M. & VALLEY L. HART<br>CLAIM ID: 10063  ACCT: 0170 | XXX-XX-4425<br>COURT CLAIM #: 3 | XXX-XX-9515 | 20.32 | 0.00 | 0.08 |
| 0546332 | JASON & MIRANDA CAUDILL<br>CLAIM ID: 00008  ACCT: XXXXXXXXXX4486 | XXX-XX-8707<br>COURT CLAIM #: 11 | XXX-XX-4002 | 181.65 | 17.21 | 0.00 |
| 0546332 | JASON & MIRANDA CAUDILL<br>CLAIM ID: 00030  ACCT: XXX 9689 | XXX-XX-8707<br>COURT CLAIM #: 3 | XXX-XX-4002 | 0.56 | 0.00 | 0.06 |
| 0546332 | JASON & MIRANDA CAUDILL<br>CLAIM ID: 10008  ACCT: XXXXXXXXXX4486 | XXX-XX-8707<br>COURT CLAIM #: 11 | XXX-XX-4002 | 30.51 | 0.00 | 0.09 |
| 0546552 | BRADLEY A. & LISA J. HUNT<br>CLAIM ID: 10015  ACCT: XXXXXXXXX 0135 | XXX-XX-2887<br>COURT CLAIM #: 8 | XXX-XX-8901 | 122.58 | 0.00 | 0.49 |
| 0547263 | JOHN R. & ALISHA M. GRUBBS<br>CLAIM ID: 00002  ACCT: XXXXXXXXXXXX3227 | XXX-XX-6252<br>COURT CLAIM #: 4 | XXX-XX-0229 | 17.14 | 0.00 | 0.05 |
| 0547363 | CHARLES ARTHUR & CONNIE LYNN LANE<br>CLAIM ID: 00013  ACCT: 2897 | XXX-XX-4415<br>COURT CLAIM #: 7 | XXX-XX-8043 | 70.58 | 0.00 | 0.05 |
| 0547363 | CHARLES ARTHUR & CONNIE LYNN LANE<br>CLAIM ID: 00027  ACCT: 0680 | XXX-XX-4415<br>COURT CLAIM #: 3 | XXX-XX-8043 | 39.04 | 4.05 | 0.00 |
| 0547363 | CHARLES ARTHUR & CONNIE LYNN LANE<br>CLAIM ID: 10027  ACCT: 0680 | XXX-XX-4415<br>COURT CLAIM #: 3 | XXX-XX-8043 | 0.82 | 0.00 | 0.00 |

STANDING CHAPTER 13 TRUSTEE  
JANNA L COUNTRYMAN  
Payee: CLERK OF THE  

Date: Nov 19, 2010  
Check No.: 2016921  
Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---:|---:|---:|
| 0547831 | DARYL D. ROGERS & LOVIE TASKER-ROGERS | XXX-XX-6595 | XXX-XX-0262 | 79.39 | 13.20 | 0.00 |
|  | CLAIM ID: 00057  ACCT: XXXX 6070 | COURT CLAIM #: 24 | | | | |
| 0547831 | DARYL D. ROGERS & LOVIE TASKER-ROGERS | XXX-XX-6595 | XXX-XX-0262 | 13.54 | 1.32 | 0.00 |
|  | CLAIM ID: 00058  ACCT: XXXX 6070 | COURT CLAIM #: 25 | | | | |
| 0547870 | STEVEN RICHARD & DIANE S. LITHERLAND | XXX-XX-5556 | XXX-XX-3940 | 7.51 | 0.00 | 0.12 |
|  | CLAIM ID: 00028  ACCT: X 6688 | COURT CLAIM #: 5 | | | | |
| 0547870 | STEVEN RICHARD & DIANE S. LITHERLAND | XXX-XX-5556 | XXX-XX-3940 | 4.02 | 0.00 | 0.07 |
|  | CLAIM ID: 00035  ACCT: 6674 | COURT CLAIM #: 9 | | | | |
| 0548322 | GEORGIANA R. HURLBERT | XXX-XX-4887 | | 115.80 | 8.49 | 0.00 |
|  | CLAIM ID: 00020  ACCT: XXX 5009 | COURT CLAIM #: 4 | | | | |
| 0549088 | JIMMY R. & KATHRYN L. DOERR | XXX-XX-3365 | XXX-XX-4943 | 96.47 | 0.00 | 0.21 |
|  | CLAIM ID: 00011  ACCT: X 0503 | COURT CLAIM #: 7 | | | | |
| 0640037 | RICHARD SHAWN & RENEE LYNN FALLON | XXX-XX-3953 | XXX-XX-3059 | 68.06 | 0.00 | 0.03 |
|  | CLAIM ID: 10001  ACCT: XXXXXXXXXX4772 | COURT CLAIM #: 3 | | | | |
| 0640115 | MICHAEL PAUL & ELIZABETH TAYLOR DURANCZYK | XXX-XX-6608 | XXX-XX-1040 | 17.27 | 0.00 | 0.01 |
|  | CLAIM ID: 00028  ACCT: XXXXX 1850 | COURT CLAIM #: 11 | | | | |
| 0640219 | HUGH P. & DEBRA A. VEALE | XXX-XX-4546 | XXX-XX-9572 | 26.45 | 0.00 | 24.18 |
|  | CLAIM ID: 00052  ACCT: XXXXXX 4662 | COURT CLAIM #: 14 | | | | |
| 0641148 | JAMES E. MITCHELL, SR. & JUDY A. MITCHELL | XXX-XX-4689 | XXX-XX-1257 | 1.04 | 1.04 | 918.65 |
|  | CLAIM ID: 00036  ACCT: 4579 | COURT CLAIM #: 4 | | | | |
| 0641390 | GREG & CHARITY GOREE | XXX-XX-2816 | XXX-XX-5500 | 1,538.51 | 255.78 | 0.00 |
|  | CLAIM ID: 00013  ACCT: 1901 | COURT CLAIM #: 3 | | | | |
| 0642304 | KATHLEEN LYNN O'CONNOR | XXX-XX-0309 | | 213.78 | 24.57 | 0.00 |
|  | CLAIM ID: 00039  ACCT: XXXX 6040 | COURT CLAIM #: 3 | | | | |
| 0650050 | TONY LANE WILLIS | XXX-XX-5558 | | 149.59 | 0.00 | 1.30 |
|  | CLAIM ID: 00017  ACCT: X 5178 | COURT CLAIM #: 7 | | | | |
| 0650067 | BARBARA JEAN JACKSON | XXX-XX-0747 | | 2.28 | 0.00 | 0.00 |
|  | CLAIM ID: 00025  ACCT: X 1195 | COURT CLAIM #: 1 | | | | |
| 0650067 | BARBARA JEAN JACKSON | XXX-XX-0747 | | 432.37 | 0.00 | 0.00 |
|  | CLAIM ID: 00034  ACCT: X 1195 | COURT CLAIM #: 2 | | | | |
| 0740083 | MARK ANTHONY & CYNTHIA ANNE PERRY | XXX-XX-3764 | XXX-XX-2466 | 157.16 | 0.00 | 342.22 |
|  | CLAIM ID: 00036  ACCT: XXXXXXXXXXX 9729 | COURT CLAIM #: 3 | | | | |
| 0740177 | DONNA SPRING HOUSTON | XXX-XX-2335 | | 0.07 | 0.00 | 12,888.33 |
|  | CLAIM ID: 00033  ACCT: XXXXXXXX8395 | COURT CLAIM #: 7 | | | | |
| 0741108 | MICHAEL H. & LORETTA WALKER | XXX-XX-2880 | XXX-XX-8349 | 14.58 | 0.00 | 0.06 |
|  | CLAIM ID: 00004  ACCT: XXXXX 3396 | COURT CLAIM #: 1 | | | | |
| 0940605 | WILLIAM S. & DOROTHY A. WILSON | XXX-XX-9941 | XXX-XX-2533 | 1.01 | 1.01 | 5,797.47 |
|  | CLAIM ID: 00005  ACCT: | COURT CLAIM #: 4 | | | | |
| 0940605 | WILLIAM S. & DOROTHY A. WILSON | XXX-XX-9941 | XXX-XX-2533 | 0.88 | 0.88 | 5,318.12 |
|  | CLAIM ID: 00006  ACCT: | COURT CLAIM #: 5 | | | | |
| 0940605 | WILLIAM S. & DOROTHY A. WILSON | XXX-XX-9941 | XXX-XX-2533 | 2.12 | 2.12 | 13,011.45 |
|  | CLAIM ID: 00011  ACCT: 5692 | COURT CLAIM #: 6 | | | | |
| 0940605 | WILLIAM S. & DOROTHY A. WILSON | XXX-XX-9941 | XXX-XX-2533 | 0.54 | 0.00 | 13,999.57 |
|  | CLAIM ID: 00038  ACCT: | COURT CLAIM #: | | | | |
| 0940933 | RICHARD ALLAN SCARBROUGH | XXX-XX-3000 | | 3,619.47 | 1,495.72 | 27,480.07 |
|  | CLAIM ID: 00004  ACCT: 7273 | COURT CLAIM #: 11 | | | | |
| 0943272 | CLAUDIA K. MCSTAY | XXX-XX-0826 | | 518.80 | 0.00 | 0.00 |
|  | CLAIM ID: 00009  ACCT: 5641 | COURT CLAIM #: 4 | | | | |
| 0943272 | CLAUDIA K. MCSTAY | XXX-XX-0826 | | 3,710.64 | 0.00 | 0.00 |
|  | CLAIM ID: 00025  ACCT: 6041 | COURT CLAIM #: 3 | | | | |
| 0943594 | JARED S. MAUCK | XXX-XX-2574 | | 145.22 | 145.22 | 16,875.00 |
|  | CLAIM ID: 00001  ACCT: XXXXXX 7916 | COURT CLAIM #: 1 | | | | |

| | TOTALS | | | 20,598.81 | 2,662.38 | 96,660.79 |